UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BATTLE FORCE, LLC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Number 4:12-cv-2020 TIA |
| | ) | |
| DOES 1-215, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for Doe Defendant Number 9.

Date:  May 6, 2013

/s/ Al W. Johnson
Al W. Johnson Bar Number 31485MO
Law Offices of Al W. Johnson
112 South Hanley Road, Suite 200
St. Louis, Missouri 63105
Telephone: (314) 726-6489
Fax: (314) 726-2821
E-mail: ajohnson@awj-law.com

CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2013,I electronically filed my Entry of Appearance with the Clerk of Court using the CM/ECF system.

   I hereby certify that on May 6, 2013, the foregoing was faxed per instruction to (314) 909-0609 attention "Legal – File-Sharing Team: to the following

Charter Communications, Inc.
Attention: "Legal – File-Sharing Team

         /s/ Al W. Johnson     
         Al W. Johnson Bar Number 31485MO
         Law Offices of Al W. Johnson
         112 South Hanley Road, Suite 200
         St. Louis, Missouri 63105
         Telephone: (314) 726-6489
         Fax: (314) 726-2821
         E-mail: ajohnson@awj-law.com