IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BATTLE FORCE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 4:12-cv-2020 |
| v. ) | |
| ) | |
| DOES 1-215, ) | Judge Terry I. Adelman |
| ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME TO SERVE DISCOVERY

On February 20, 2013, this Court entered an Order (d/e 7) allowing Plaintiff to serve subpoenas upon Internet Service Providers to learn the identities of the owners of IP addresses at which Plaintiff has detected downloading and sharing of its copyright-protected movie. The Court's order granted until March 6, 2013 to serve subpoenas upon the Internet Service Providers. Unfortunately service upon one objecting Internet Service Provider was not completed until March 7. 2013. The one Internet Service Provider and one John Doe defendant has opposed the subpoena (see Motion and Memo, d/e 9 & 10) for its service one day past the Court's deadline.

Therefore, Plaintiff respectfully requests that the Court grant a one week extension of time to the deadline to serve subpoenas thereby extending the deadline to March 13, 2013 and also thereby rendering John Doe Number 9's motion (d/e 9) moot.

Should the Court grant the present motion, Plaintiff requests that John Doe Number 9's motion to quash subpoena should be denied.

\* \* \* \* \* \* \* \* \* \* \*

1

DATED: May 20, 2013

Respectfully submitted,
BATTLE FORCE, LLC

By: s/ Nelson D. Nolte
Nelson D. Nolte (MO Bar No. 53470)
Polster, Lieder, Woodruff & Lucchesi, LC
12412 Powerscourt Dr. Ste. 200
St. Louis, MO 63131
(314) 238-2400 Telephone
(314) 238-2401 Facsimile
nn@polsterlieder.com

Attorneys for Plaintiff Battle Force, LLC

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 20, 2013 the foregoing Motion For Extension of Time was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record for this case:

s/ Nelson D. Nolte