UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BATTLE FORCE, LLC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number 4:12-cv-2020 TIA |
| ) | |
| DOES 1-215, ) | |
| ) | |
| Defendant. ) | |

**DOE DEFENDANT NUMBER 9'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DISCOVERY**

Doe Defendant Number 9 opposes plaintiff's motion for extension of time to serve discovery. The Court's Order of February 20, 2013 was clear and unequivocal. The plaintiff was directed to serve it's discovery by March 6, 2013, and it deliberately failed to do so. The plaintiff had over two weeks to accomplish a relatively simple task, and has provided the Court with no reason or basis why it failed to do same.

/s/ Al W. Johnson
Al W. Johnson Bar Number 31485MO
Law Offices of Al W. Johnson
112 South Hanley Road, Suite 200
St. Louis, Missouri 63105
Telephone: (314) 726-6489
Fax: (314) 726-2821
E-mail: ajohnson@awj-law.com

CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2013, I electronically filed Doe Defendant Number 9's Opposition to Plaintiff's Motion for Extension of Time to Serve Discovery with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Nelson D. Nolte
nnolte@patpro.com, mulucchesi@polsterlieder.com

      I hereby certify that on_____, the foregoing was mailed by United States Postal Service to the following non-participants in Electronic Case Filing:

      /s/ Al W. Johnson
      Al W. Johnson Bar Number 31485MO
      Law Offices of Al W. Johnson
      112 South Hanley Road, Suite 200
      St. Louis, Missouri 63105
      Telephone: (314) 726-6489
      Fax: (314) 726-2821
      E-mail: ajohnson@awj-law.com