UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BATTLE FORCE, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:12CV2020 TIA |
| DOES 1-215, | ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on the Motion to Quash Subpoena filed by Doe Defendant Number 9 (Doc. No. 9) and Plaintiff's Motion for Extension of Time to Serve Discovery (Doc. No. 12). After careful consideration of the motions and responses thereto, the Court will deny the motion to quash the subpoena, which was served only one day late. As such, Plaintiff's motion for extension is moot.

**IT IS HEREBY ORDERED** that the Motion to Quash Subpoena filed by Doe Defendant Number 9 (Doc. No. 9) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Extension of Time to Serve Discovery (Doc. No. 12) is **DENIED** as **MOOT.**

/s/ Terry I. Adelman
UNITED STATES MAGISTRATE JUDGE

Dated this 24th day of June, 2013.